# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-10621
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
January 13, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Pavel Alberto Mejia,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-196-1

---

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Defendant-Appellant Pavel Alberto Mejia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mejia has not filed a response.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10621

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motion for leave to withdraw is therefore GRANTED and counsel is excused from further responsibilities herein. This appeal is DISMISSED. *See* 5TH CIR. R. 42.2.